| | |
|---|---|
| 1  ROBERT H. ROTSTEIN (SBN 72452),<br>rxr@msk.com<br>2  EMILY F. EVITT (SBN 261491),<br>efe@msk.com<br>3  MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>4  Los Angeles, California 90064-1683<br>Telephone: (310) 312-2000<br>5  Facsimile: (310) 312-3100<br>6  Attorneys for Plaintiffs | J S - 6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>WATCH-MOVIES.NET, a business entity of unknown form; WATCH-MOVIES-ONLINE.TV f/k/a WATCH-MOVIES-LINKS.NET f/k/a WATCH-MOVIES.NET, a business entity of unknown form; VLADIMIR KRAMSKOY a/k/a VLADIMIR KRAMSKOI a/k/a VITALIY KRAMSKOY, an individual, d/b/a WATCH-MOVIES.NET, WATCH-MOVIES-LINKS.NET, and WATCH-MOVIES-ONLINE.TV; and DOES 2 through 5, inclusive,<br><br>            Defendants. | CASE NO. CV 08-8479 GW (FMOx)<br><br>The Honorable George H. Wu<br><br>**AMENDED JUDGMENT PURSUANT TO ENTRY OF DEFAULT**<br><br>Date:   October 25, 2010<br>Time:  8:30 A.M.<br>Ctrm:   10 (Spring Street) |

1        The Motion For Entry of Default Judgment Against Defendant Vladimir
2   Kramskoy a/k/a Vladimir Kramskoi a/k/a Vitaliy Kramskoy, an individual, d/b/a
3   watch-movies.net, watch-movies-links.net, and watch-movies-online.tv
4   (collectively "Defendant" or "Kramskoy") (the "Motion") by Plaintiffs Paramount
5   Pictures Corporation and Warner Bros. Entertainment Inc. (collectively
6   "Plaintiffs"), came on regularly for hearing before this Court on October 25, 2010.
7        The Court having considered Plaintiffs' moving papers, including the
8   supporting declarations and exhibits thereto, the arguments of counsel, and all
9   other matters presented to the Court, and having found that entry of default
10  judgment against Defendant is appropriate, and therefore granting Plaintiffs'
11  Motion, hereby finds that:
12      1.    This Court has jurisdiction over the parties to this action and over the
13  subject matter hereof pursuant to 17 U.S.C. §§ 101 *et seq.*, 28 U.S.C. § 1331, and 28
14  U.S.C. § 1338;
15      2.    Service of process was properly made on Defendant, who was
16  properly served pursuant to Federal Rule of Civil Procedure 4(f)(3);
17      3.    Plaintiffs are the owners of United States copyrights or the exclusive
18  distribution and public performance rights in the twenty-two works that are the
19  subject of the following copyright registrations: *300* (PA1-372-258), *The Ant Bully*
20  (PA1-343-715), *Beerfest* (PA1-342-690), *Blood Diamond* (PA1-340-700), *I Am*
21  *Legend* (PA1-590-883), *Speed Racer* (PA1-600-216), *Cloverfield* (PA1-591-448),
22  *Disturbia* (PA1-367-903), *Eagle Eye* (PA1-606-852), *The Godfather* (LP 40553),
23  *Mean Girls* (PA1-233-942), *Stardust* (PA1-354-984), *10,000 B.C.* (PA1-599-250),
24  *Fool's Gold* (PA1-569-069), *Funny Games* (PA1-598-483), *Gothika* (PA1-202-
25  065), *Harry Potter 5: The Order Of The Phoenix* (PA1-355-547), *Aeon Flux* (PA1-
26  324-057), *The Core* (PA1-138-414), *Drillbit Taylor* (PA1-594-216), *The Godfather*
27  *Part III* (PA 509-359), and *The School Of Rock* (PA1-194-340) ("Plaintiffs'
28  Copyrighted Works");

1

1  4. Defendant has engaged in contributory copyright infringement and
2 inducement of copyright infringement by creating, maintaining, and organizing an
3 index of links to infringing copies of Plaintiffs' Copyrighted Works on Defendant's
4 websites (watch-movies.net, watch-movies-links.net, and watch-movies-online.tv),
5 which have been posted on third-party websites;

6  5. Defendant's infringement of Plaintiffs' Copyrighted Works has been
7 knowing and willful;

8  6. Defendant likely will infringe the copyright in other works owned by
9 Plaintiffs unless enjoined by the Court from doing so;

10  7. Defendant's infringement of Plaintiffs' Copyrighted Works has caused
11 irreparable injury to Plaintiffs that cannot be fully compensated in an award of
12 damages and will continue to cause such injury unless Defendant is permanently
13 enjoined from engaging in such conduct in the future; and

14  8. The Court specifically finds that Plaintiffs are the prevailing party for
15 purposes of an award of reasonable attorneys' fees and costs under 17 U.S.C. § 505.

16

17  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

18  1. Defendant has engaged in contributory copyright infringement and
19 inducement of copyright infringement by creating, maintaining, and organizing an
20 index of links to infringing copies of Plaintiffs' works on Defendant's websites
21 (watch-movies.net, watch-movies-links.net, and watch-movies-online.tv), which
22 have been posted on third-party websites.

23  2. Defendant and his officers, agents, servants, employees, attorneys,
24 successors, licensees, partners, and assigns, and all those acting directly or
25 indirectly in concert or participation with any of them, are permanently enjoined
26 from contributorily infringing by any means and/or inducing copyright
27 infringement by any means of the exclusive rights of Plaintiffs and their affiliates
28 under the Copyright Act, including, but not limited to, any of Plaintiffs' and

2

1  Plaintiffs' affiliates' rights in any of the copyrighted works listed in Exhibits A and
2  B to the First Amended Complaint.
3       3.      Defendant and his officers, agents, servants, employees, successors,
4  licensees, partners, and assigns, and all those acting directly or indirectly in concert
5  or participation with any of them, are permanently enjoined from doing the
6  following:
7       (a)     posting, organizing, selecting, searching for, identifying, collecting
8  and indexing links to copies of the works listed in Exhibits A and B to the First
9  Amended Complaint and other works of which the Plaintiffs are the owners of the
10 copyrights or to whom an interest in the copyright has been granted by license,
11 from or at the Internet websites located at watch-movies.net, watch-movies-
12 links.net, or watch-movies-online.tv ("Watch-Movies") (whether or not Watch-
13 Movies or the said acts occur in the United States or elsewhere) and providing or
14 enabling use or access to such links to persons located in the United States;
15      (b)     from or at Watch-Movies (whether or not Watch-Movies is located in
16 the United States or elsewhere), authorizing, inducing, encouraging, aiding or
17 abetting, or materially contributing to the reproduction, distribution, public
18 performance (including the performance in public and the transmission of copies
19 and performances to the public), and public display, in the United States, of copies
20 of the works listed in Exhibits A and B to the First Amended Complaint and other
21 works of which the Plaintiffs are the owners of the copyrights or to whom an
22 interest in the copyright has been granted by license, that are available on third-
23 party websites;
24      4.      Defendant is ordered to pay statutory damages to Plaintiffs pursuant to
25 17 U.S.C. § 504 in the sum of $2,200,000.
26      5.      Defendant is ordered to pay Plaintiffs' attorneys' fees pursuant to 17
27 U.S.C. § 505 and Local Rule 55-3 in the amount of $47,600.
28

1       6.    Defendant is ordered to pay Plaintiffs' costs pursuant to 17 U.S.C. § 505 in the amount of $14,539.93.

      7.    This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

      8.    The Court finds there is no just reason for delay in entering this Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Judgment against Defendant.

      9.    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

Dated: November 1, 2010

The Hon. George H. Wu
United States District Judge

Submitted by:

Dated: October 29, 2010

MITCHELL SILBERBERG & KNUPP LLP
ROBERT H. ROTSTEIN
EMILY F. EVITT

By: _____
   Emily F. Evitt
   Attorneys for Plaintiffs

4