ROBERT H. ROTSTEIN (SBN 72452)
  rxr@msk.com
EMILY F. EVITT (SBN 261491)
  efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Paramount Pictures Corporation, a Delaware
Corporation, Warner Bros. Entertainment
Inc., a Delaware Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WATCH-MOVIES.NET, a business entity of unknown form; WATCHMOVIES-ONLINE.TV f/k/a WATCHMOVIES-LINKS.NET f/k/a WATCHMOVIES.NET, a business entity of unknown form; VLADIMIR KRAMSKOY a/k/a VLADIMIR KRAMSKOI a/k/a VITALIY KRAMSKOY, an individual, d/b/a WATCH MOVIES.NET, WATCHMOVIES-LINKS.NET, and WATCHMOVIES-ONLINE.TV; and DOES 2 through 5, inclusive,<br><br>Defendants. | CASE NO. 2:08-cv-8479 GW (FMOx)<br><br>The Honorable George H. Wu<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

Based upon the application of Judgment Creditors Paramount Pictures Corporation and Warner Bros. Entertainment Inc., for renewal of the Judgment entered on November 2, 2010 against Vladimir Kramskoy a/k/a Vladimir Kramskoi a/k/a Vitaliy Kramskoy, an individual, d/b/a watch-movies.net, watch-movies-links.net, and watch-movies-online.tv [Dkt Entry No. 32], and pursuant to Fed. R. Civ. P. 69(a) and California Code of Civil Procedure Section 683.110, et seq., and good cause appearing therefore,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in accordance with the amounts set forth below:

| | **Description** | **Amount** |
|---|---|---|
| a. | Original Total Judgment: | $2,200,000.00 |
| b. | Costs after Judgment: | |
| | Plaintiffs' attorneys' fees pursuant to 17 U.S.C. § 505 and Local Rule 55-3 | $47,600.00 |
| | Plaintiffs' costs pursuant to 17 U.S.C. § 505 | $14,539.93 |
| c. | Subtotal *(add a and b)* | $2,262,139.93 |
| d. | Credits: | $0.00 |
| e. | Subtotal *(subtract d from c)* | $2,262,139.93 |
| f. | Interest after judgment: | $52,571.04 |
| g. | Fee for filing application for renewal: | $0.00 |
| **h.** | **Total Requested Renewed Judgment** *(add e, f, and g)***:** | **$2,314,710.97** |

All other non-monetary aspects of the Judgment shall remain the same.

DATED: October 22, 2020     CLERK, by *Margo Mead*
                                                            Deputy

Mitchell Silberberg & Knupp LLP
12579371.1/41838-00043
2
[PROPOSED] RENEWAL OF JUDGMENT BY CLERK

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120, and my business email address is kls@msk.com.

On October 20, 2020, I served a copy of the foregoing document(s) described as **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Vladimir Kramskoy a/k/a Vladimir Kramskoi a/k/a Vitaliy Kramskoy, an individual, d/b/a watch-movies.net, watch-movies-links.net, and watch-movies-online.tv<br><br>**Email addresses:**<br>contactl@gossipedia.com; yingsupawadee@gmail.com; kirshabdula@gmail.com; abuse.send.here@gmail.com; adminl@music-codes.org; mitchelrustom@yahoo.com; noamw@dsnr.net; and bsnet@askdir.com | *Defendant* |

☐ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☒ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX**: On _____ at _____ [a.m./p.m.], from facsimile number (310) _____, before placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of that report is attached hereto.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 20, 2020, at Los Angeles, California.

_____
K. Stewart